NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SAM B. TAWADROUS,**
*Petitioner,*

v.

**DEPARTMENT OF THE TREASURY,**
*Respondent.*

---

2012-3028

---

Petition for review of the Merit Systems Protection Board in case no. DA0752110106-I-1.

---

## ON MOTION

---

## ORDER

Sam B. Tawadrous moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**DEC 0 8 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Sam B. Tawadrous
Jane C. Dempsey, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

DEC 0 8 2011

JAN HORBALY
CLERK